Beth K. Findsen (SBN: 023205)
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5575
E: beth@pricelawgroup.com

Chuck Panzarella, Esq. (SBN: 018552)
**CONSUMER ACTION LAW GROUP**
**Panzarella & Associates, PC**
One South Church Avenue, Suite 1200
Tucson, AZ 85701
(818) 254 -8413
Chuck@calgroup.org
T: (818) 254-8413
E: Chuck@calgroup.org
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRCIT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mason Rodriguez<br><br>        Plaintiff,<br><br>vs.<br><br>Bell Ford, Inc.<br><br>        Defendant. | Case No. 2:20-cv-00585-JAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

   PLEASE TAKE NOTICE that Plaintiff Mason Rodriguez, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the action against Bell Ford, Inc. with prejudice.

RESPECTFULLY SUBMITTED,

Dated: June 1, 2020

By: */s/ Beth K. Findsen*
Beth K. Findsen (SBN: 023205)
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5575
E: beth@pricelawgroup.com

Chuck Panzarella, Esq. (SBN: 018552)
**CONSUMER ACTION LAW GROUP**
**Panzarella & Associates, PC**
One South Church Avenue, Suite 1200
Tucson, AZ 85701
(818) 254 -8413
Chuck@calgroup.org
T: (818) 254-8413
E: Chuck@calgroup.org

*Attorneys for Plaintiff*
*Mason Rodriguez*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Josefina Garcia*